STATE OF CONNECTICUT *v.* RAYMOND APONTE

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 82 (AC 20234), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court's jury instruction regarding the specific intent necessary for a charge of conspiracy to commit murder was constitutionally sufficient?

"2. Did the Appellate Court properly conclude that the trial court's instruction regarding the use of a deadly weapon on the vital part of another was constitutionally sufficient?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16546.

*Donald D. Dakers*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.